This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**FRANCES TORRES,**

Petitioner-Appellee,

v.                                                    **NO. 30,111**

**JOSEPH TORRES,**

Respondent-Appellant,

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Sheri A. Raphaelson, District Judge**

Brigitte Lotze law Office
Brigitte Lotze
Toas, NM

for Appellee

Kelan Emery
Taos, NM

Helen L. Bennett
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**FRY, Chief Judge.**

Respondent appeals several rulings in this domestic relations matter. In this Court's notice of proposed summary disposition, we proposed to dismiss for lack of a final order. Respondent has filed a memorandum in support of our proposed summary dismissal of the case, as well as a motion that asks the Court to retain the record proper for use in any appeal that is filed once a final order is entered.

We dismiss this appeal for lack of a final order and we grant Respondent's motion to retain the record proper. As this appeal has been dismissed, in any subsequent appeal Respondent may wish to file, he will have to file a new notice of appeal and docketing statement, and will have to supplement the record in accordance with the Rules of Appellate Procedure.

**IT IS SO ORDERED.**


_____
**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**


_____
**CELIA FOY CASTILLO, Judge**


_____
**ROBERT E. ROBLES, Judge**

2